

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 8/13/2018

The status conference scheduled August 23, 2018 is hereby adjourned to September 7, 2018 at 3:30 pm. For the reasons stated in the government's letter, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between August 23, 2018 and September 7, 2018 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Vladimir Ziskind, et al.*, 18 Cr. 375 (VSB)

Dear Judge Broderick:

The Government respectfully writes to request that the pretrial conference currently scheduled in the above-captioned case for August 23, 2018 be adjourned to September 7, 2018. The Government understands from corresponding with the Court's Deputy Clerk and all defense counsel that September 7 is a date that works for the Court and counsel. The Government also respectfully requests that time be excluded under the Speedy Trial Act from August 23, 2018 (until which date time is already excluded) until September 7, 2018. The exclusion of time until September 7 would serve the interests of justice and outweigh the defendants' interest in a speedy trial, as the bulk of Rule 16 discovery has been produced and the defendants are currently reviewing it in connection with determining whether they will bring any motions.

This application is on consent with respect to each of the defendants.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

    /s/
Max Nicholas
Assistant United States Attorney
(212) 637-1565

cc (by ECF): All defense counsel