**THE LAW OFFICE OF GARY KAUFMAN, PLLC**
ATTORNEY AT LAW
377 BROADWAY
8th, Floor
New York, New York 10013
(347) 855-9102  FAX (212) 202-7949

December 23, 2019

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  12/23/2019
>
> Sentencing in this matter is hereby adjourned to March 19, 2020 at 2:30 p.m.

Re:   *United States v. Ziskind, et al.*
      18-cr-375-VSB

Dear Honorable Judge Broderick,

   I am writing to request an adjournment for the date of Mr. Ziskind's sentencing, which is currently scheduled for January 16, 2020.  Mr. Ziskind's wife is currently undergoing treatment for ovarian cancer and has appointments currently scheduled for January 27, 2020 and February 25, 2020 where important decisions will be need to be made about the course of treatment.  It is very important that Mr. Ziskind be able to attend these appointments with his wife to assist her in making these crucial decisions about her health.  Additionally, I will be on trial in the Eastern District of New York, in the case of *United States v. Chartier, Et al*, 17-CR-372 (JS) beginning January 21, which is expected to last up to five weeks.  I am therefore requesting that the Court adjourn Mr. Ziskind's case to late March for sentencing.

   I have explained both the issues about Mr. Ziskind's wife's health and my own trial schedule to Assistant United States Attorney Andrew Thomas, who has consented to the adjournment requested.

   Thank you for your attention to this matter.

Sincerely,

/s/
GARY M. KAUFMAN, ESQ.
Attorney for Vladimir Ziskind

cc: AUSA Robert Boone
    AUSA Andrew Thomas