**THE LAW OFFICE OF GARY KAUFMAN, PLLC**
ATTORNEY AT LAW
377 BROADWAY
8th, Floor
New York, New York 10013
(347) 855-9102  FAX (212) 202-7949

February 25, 2020

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 3/2/2020

Sentencing in this matter is hereby adjourned to May 15, 2020 at 2:30 p.m.

Re:   *United States v. Ziskind, et al.*
      18-cr-375-VSB

Dear Honorable Judge Broderick,

I am writing to request an adjournment for the date of Mr. Ziskind's sentencing, which is currently scheduled for March 19, 2020.  I am currently on trial in the Eastern District of New York's Central Islip Courthouse, in the case of *United States v. Chartier, Et al*, 17-CR-372 (JS) and have been since February 3, 2020.  This case was delayed by two weeks since sentencing was first set in Mr. Ziskind's case and is running longer than initially anticipated.  Because of my engagement on trial, I am not able to properly complete Mr. Ziskind's sentencing memoranda.  Additionally, it is not at all clear at this time that my trial will be complete by March 19, 2020.  I will be away for long planned family vacation from April 5, 2020 through April 19, 2020.  I am therefore requesting that the Court adjourn Mr. Ziskind's case to late April or May for sentencing.

I have explained the complications created by my trial schedule to Assistant United States Attorney Andrew Thomas, who has consented to the adjournment requested.

Thank you for your attention to this matter.

Sincerely,

/s/
GARY M. KAUFMAN, ESQ.
Attorney for Vladimir Ziskind

cc: AUSA Robert Boone
    AUSA Andrew Thomas