**THE LAW OFFICE OF GARY KAUFMAN, PLLC**
ATTORNEY AT LAW
377 BROADWAY
8th, Floor
New York, New York 10013
(347) 855-9102  FAX (212) 202-7949

April 24, 2020

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 4/30/2020

Sentencing in this matter is adjourned to July 16, 2020 at 10:30 a.m.

Re:   *United States v. Ziskind, et al.*
      18-cr-375-VSB

Dear Honorable Judge Broderick,

    I am writing to request an adjournment for the date of Mr. Ziskind's sentencing, which is currently scheduled for May 15, 2020, to a date in July that is convenient for the Court, in light of COVID-19 concerns. I have communicated with Assistant United States Attorney Andrew Thomas, who has consented to this adjournment.

    As the Court is aware, COVID-19 and the measures to mitigate its spread have thoroughly disrupted many aspects of our personal and professional lives. I completed a seven-week trial in the case of *United States v. Chartier, Et al*, 17-CR-372 (JS), in the Eastern District of New York on March 18, 2020, two days before Governor Andrew Cuomo issued his PAUSE Order, effectively mandating all non-essential workers to work from their homes. This order has been extended until May 15, 2020, the date that Mr. Ziskind's sentence is currently scheduled for.[1] I have abided by this order and have been unable to access my file for the instant matter, which is located in my office. This has made it impossible to properly prepare a presentencing memorandum and to collect original copies of the supporting documents for such memorandum.

    Additionally, as is explained in the Pre-Sentencing Report produced by the United States Probation Department, Mr. Ziskind's wife, Ilona Shustef, is currently undergoing treatment for cancer, making Ms. Shustef especially high risk for complications from COVID-19.[2] As a result, Mr. Ziskind is required to attend to Ms. Shustef day and night to ensure that she is not placed in a position to contract COVID-19.

    I am therefore requesting an adjournment of Mr. Ziskind's sentence until a July date convenient to the Court, which will enable me to properly prepare a presentencing memorandum and to allow Mr. Ziskind to care for his wife during this period of heightened health risk.

---

[1] *Amid Ongoing COVID-19 Pandemic, Governor Cuomo Announces 'NYS on PAUSE' Extended Until May 15,* https://www.governor.ny.gov/news/amid-ongoing-covid-19-pandemic-governor-cuomo-announces-nys-pause-extended-until-may-15. (Last accessed April 24, 2020)

[2] *Specific questions and answers about COVID-19 for cancer patients*, Mayo Clinic, https://www.mayoclinic.org/patient-visitor-guide/covid-19-faqs/cancer. (Last accessed April 24, 2020)

Thank you for your attention to this matter.

Sincerely,

/s/
GARY M. KAUFMAN, ESQ.
Attorney for Vladimir Ziskind

cc: AUSA Robert Boone
    AUSA Andrew Thomas