**THE LAW OFFICE OF GARY KAUFMAN, PLLC**
ATTORNEY AT LAW
377 BROADWAY
8th, Floor
New York, New York 10013
(347) 855-9102  FAX (212) 202-7949

June 29, 2020

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 6/30/2020

Re:   *United States v. Ziskind, et al.*
      18-cr-375-VSB

Dear Honorable Judge Broderick,

   I represent Vladimir Ziskind in the above matter.  Mr. Ziskind was released at arraignment on an unsecured $350,000 bond cosigned by three approved suretors.  As a condition of the bond, Mr. Ziskind's travel has been limited to the Southern and Eastern District of New York.

   On June 23, the Court granted Mr. Ziskind permission to travel to West Palm Beach, Florida from Tuesday, June 23, until Monday, June 29, for a family trip.  Mr. Ziskind arrived late to the airport tonight and missed his flight.  He was able to secure a ticket for 8:30am tomorrow morning.  He will be back in New York tomorrow afternoon.  Mr. Ziskind immediately contacted his Pretrial Service Officer, Erin Cunningham, and myself, after missing his flight, and asked that I inform the Court.  Mr. Ziskind has provided Officer Cunningham with a copy of his new ticket.  I am therefore asking the Court to extend Mr. Ziskind's travel permission by one day until June 30, 2020.

   Mr. Ziskind apologizes to the Court for this mistake.

   Thank you for your attention to this matter.

Sincerely,

/s/
GARY M. KAUFMAN, ESQ.
Attorney for Vladimir Ziskind

cc: AUSA Robert Boone
    AUSA Andrew Thomas