**THE LAW OFFICE OF GARY KAUFMAN, PLLC**
ATTORNEY AT LAW
377 BROADWAY
8th, Floor
New York, New York 10013
(347) 855-9102  FAX (212) 202-7949

August 10, 2020

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/
> VERNON S. BRODERICK
> U.S.D.J.  8/10/2020

Re:   *United States v. Ziskind, et al.*
      18-cr-375-VSB

Dear Honorable Judge Broderick,

    I represent Vladimir Ziskind in the above matter. Mr. Ziskind was released at arraignment on an unsecured $350,000 bond cosigned by three approved suretors. As a condition of the bond, Mr. Ziskind's travel has been limited to the Southern and Eastern District of New York.

    Mr. Ziskind respectfully requests the Court's permission to travel to West Palm Beach, Florida from Thursday, August 13, until Wednesday, August 19, for a family trip, with his parents.

    Upon his return, Mr. Ziskind plans on quarantining at home, while his wife remains upstate with relatives, and following any other public health protocols, in place at the time of his arrival back home.

    Neither the government nor Pretrial Service have any objection to Mr. Ziskind's request.

    Thank you for your attention to this matter.

Sincerely,

/s/
GARY M. KAUFMAN, ESQ.
Attorney for Vladimir Ziskind

cc: AUSA Robert Boone
    AUSA Andrew Thomas